No. 1310, Misc. OLSHEN v. NEW YORK. Court of Appeals of New York. Certiorari denied. *Nathan Kestnbaum* for petitioner.

No. 1311, Misc. HUGHES v. TURNER, WARDEN, ET AL. Supreme Court of Utah. Certiorari denied. 

No. 1312, Misc. KESSINGER v. OKLAHOMA ET AL. Court of Criminal Appeals of Oklahoma. Certiorari denied.

No. 1313, Misc. DARNELL v. WALKER, WARDEN. Supreme Court of Louisiana. Certiorari denied.

No. 1314, Misc. SEXTON v. NASH, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 1315, Misc. YOUNG v. BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 1316, Misc. HARTLESS v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 1319, Misc. COLON v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. Petitioner *pro se. Guy W. Calissi* for respondent.

No. 1327, Misc. ABBOTT v. RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 1331, Misc. DAVIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Edward W. Rothe* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.